**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 21, 2026.**



In The

# Fifteenth Court of Appeals

---

## NO. 15-25-00182-CV

---

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION; CECILE ERWIN YOUNG, EXECUTIVE COMMISSIONER; LAURA CASTILLO, DIRECTOR OF HEIGHTENED MONITORING; AND DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellants**

**V.**

**KENNETH COLLIER, TANESHU COLLIER, TRELS HOME FOR CHILDREN, AND TRELS HOME LLC, Appellees**

---

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-004379**

---

## MEMORANDUM OPINION

On March 24, 2026, this Court granted appellants' unopposed motion to

abate pending ongoing settlement discussions. On July 15, 2026, appellant filed an unopposed motion to dismiss the appeal because the parties have settled.

We lift the abatement and reinstate the appeal on the active docket. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.